

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Ex parte Sharon Marie Taff,

\* From the 266th District Court
of Erath County,
Trial Court No. CR15675.

No. 11-24-00025-CR

\* March 27, 2025

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below.   Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.